UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA :
                   Plaintiff, :
 : 13 Cr. 345 (LGS)
     -against- :
 : SCHEDULING ORDER
TYRONE BROWN, ET AL., :
                 Defendants. :
 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    A conference having been held before the Court on September 3, 2013, it is hereby

    **ORDERED** that all discovery shall be completed by **September 30, 2013.**

    **ORDERED** that Defendants' motion(s), if any, shall be filed by **October 31, 2013.** The Government's response, if any, shall be filed by **November 14, 2013**. Defendants' replies, if any, shall be filed by **November 21, 2013.**

    **ORDERED** that the parties shall appear for a conference on **December 11,** 2013 at 10:30 a.m.

    **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between September 3, 2013 until December 11, 2013 outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

    **ORDERED** that a jury trial is scheduled to begin on **February 17, 2014.**

Dated: September 4, 2013
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/13