LAW OFFICES OF
# ALICE L. FONTIER

369 Lexington Avenue
2nd Floor #224
New York, NY 10017

Telephone (212) 256-1244
Facsimile (917) 521-5071
AliceFontierEsq@gmail.com

September 18, 2013

**BY E-MAIL**

Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13

    Re:   *United States v. Brown, et al*
          13-CR-345 (LGS)

Dear Judge Schofield:

    This letter is in regards to Antione Chambers, whom I represent in the above-entitled case, and is to request a status conference to address my continued representation of Mr. Chambers. Mr. Chambers has informed me that he wishes to obtain new counsel. Assistant United States Attorney Amy Lester informs me that she is available for a conference next week. I am available any day, except Wednesday, September 25, 2013, as I am on duty in the Eastern District that day.

    Thank you for your attention to this matter.

                                     Respectfully submitted,

                                     S/Alice L. Fontier

Cc:    Amy Lester
       Assistant United States Attorney

Application Granted. Counsel for Defendant Antione Chambers and the Government are directed to appear for a status conference on September 27, 2013 at 3:00 p.m.
Dated: 09/18/2013
New York, New York

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE