LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

October 30, 2013

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Antione Chambers,*
          S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

        This letter is in regard to the deadline for the filing of pretrial motions in the above-entitled case, in which I represent the defendant, Antione Chambers, by Criminal Justice Act appointment. Pretrial motions on Mr. Chambers's behalf are presently due, tomorrow, October 31, 2013.  In light of the fact that I only recently entered the case, that Mr. Chambers would like to see the motions before they are filed, and because I will be Washington D.C., tomorrow (the day the motions are due) to teach a CLE program, and then have an ABA Criminal Justice Section Council meeting there this weekend (which further complicates the logistics of completing and filing the motions), it is respectfully requested that the Court grant an extension of time until Monday, November 4, 2013, for the filing of pretrial motions on Mr. Chambers's behalf.  I have been informed by Assistant United States Attorney Amy Lester that the government does not object to this application.

        Accordingly, it is respectfully requested that deadline for the filing of pretrial motions on Mr. Chambers's behalf be extended until Monday, November 4, 2013.  As stated above, the government does not object to this request.

Application Granted.  Any motion by Defendants shall be filed by November 4, 2013.  Government's response shall be filed by November 18, 2013. Defendants' reply shall be filed November 25, 2013. The Clerk of Court is directed to terminate the letter motion at docket number 11.

SO ORDERED.
Dated: October 31, 2013
New York, New York

Respectfully submitted,

Joshua L. Dratel

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE