```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                        Plaintiff,             :
                                                               :      13 Cr. 345 (LGS)
            -against-                                          :
                                                               :             ORDER
TYRONE BROWN, ET AL.,                                          :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/13

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Defendant Steven Glisson filed a Motion for Separate Trial on October 31, 2013. (Dkt. No. 12)

    WHEREAS Defendant Antoine Chambers filed a Motion to Suppress Identification Evidence and Historical Cell Site Information on November 4, 2013. (Dkt. No. 16)

    WHEREAS the Court received Defendant Tyrone Brown's Motion to Relieve Counsel on November 14, 2013.  It is hereby

    **ORDERED** that the parties shall be prepared to address these motions at the December 11, 2013 conference.

Dated: November 19, 2013
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE