UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA
                Plaintiff,

           13 Cr. 345 (LGS)

     -against-

           SCHEDULING ORDER

TYRONE BROWN, ET AL.,
                Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    The Government shall bring to the conference scheduled for December 11, 2013, the two original photo arrays that include Defendant Chambers and copies of the same for all counsel and the court.

**SO ORDERED.**

Dated: December 9, 2013
       New York, New York

                              LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE