

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2013

**BY E-MAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 201
New York, New York  10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/13/13

Re:   *United States* v. *Tyrone Brown, et al.*
      **13 Cr. 345 (LGS)**

Dear Judge Schofield:

The Government respectfully submits this letter to request that the time between today and the trial date in this matter, February 18, 2014, be excluded from calculation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A), in order to allow the defense time to prepare for trial and for recently-appointed counsel for defendant Tyrone Brown to determine whether to file any motions.  In addition, the parties are beginning to engage in plea discussions, which also supports the exclusion of time between today and the trial date.  Defense counsel have no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:     s/ Amy Lester
        Amy Lester
        Assistant United States Attorney
        (212) 637-2416

For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and February 18, 2014 outweigh the best interest of the public and the defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and February 18, 2014, is excluded.

Dated: 12/13/2013
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE