UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
UNITED STATES OF AMERICA         :
                         Plaintiff,    :
                                           :         13 Cr. 345 (LGS)
              -against-            :
                                          :             ORDER
TYRONE BROWN, ET AL.,          :
                        Defendants.  :
                                          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a conference was held before the Court on December 11, 2013.  For the reasons stated on the record, it is hereby

       **ORDERED** that Defendant Steven Glisson's Motion for Separate Trial (Dkt. No. 12) is DENIED.

       **ORDERED** that Defendant Antoine Chambers' Motion to Suppress Identification Evidence and Historical Cell Site Information (Dkt. No. 16) is DENIED.

       **ORDERED** that Defendant Tyrone Brown's Motion to Relieve Counsel is GRANTED. Mr. Philip Weinstein is relieved as counsel for Defendant Tyrone Brown.  Mr. John Rodriguez is hereby appointed as CJA counsel for Defendant Tyrone Brown.

       **ORDERED** that Defendant Tyrone Brown shall file motions, if any, by **January 3, 2014**. The Government shall file a response, if any, by **January 23, 2014**.  Defendant Tyrone Brown shall file a reply, if any, by **January 28, 2014**.

       **ORDERED** that motions in limine, if any, shall be filed by **January 3, 2014**.  Responses, if any, shall be filed by **January 23, 2014.**  Replies, if any, shall be filed by **January 28, 2014**.

       **ORDERED** that the Government shall produce any 3500 Material by **February 11, 2014**.

       **ORDERED** that requests to charge, and *voir dire* in a joint submissions noting any

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/13

disagreements, shall be submitted by **February 3, 2014**.

  **ORDERED** that the parties shall appear for a final pretrial conference on **February 7, 2014 at 10:45 a.m**.

  **ORDERED** that the trial shall commence on **February 18, 2014 at 9:45 a.m.**

  The Clerk of Court is respectfully directed to terminate the motions at docket Nos. 12, 16, and 21.

Dated: December 13, 2013
   New York, New York

                LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE