```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :      13 Cr. 345 (LGS)
              -against-                                     :
                                                            :      SCHEDULING ORDER
TYRONE BROWN, ET AL.,                                       :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on January 10, 2014, it is hereby

**ORDERED** that motions in limine, if any, shall be filed by **January 21, 2014.**

Responses, if any, shall be filed by **January 28, 2014**.  Replies, if any, shall be filed by **January 31, 2014 at 10:00 a.m.**

**ORDERED** that the moving party shall hand deliver to Chambers a hard copy of the fully briefed motion by **January 31, 2014 at 10:00 a.m.**

Dated: January 13, 2014
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE