UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

STEVEN GLISSON,
   a/k/a "Dee,"
ANTIONE CHAMBERS,
   a/k/a "Twizzie," and
TYRONE BROWN,

            Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

13 Cr. 345 (LGS)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by: _____
Negar Tekeei
Assistant United States Attorney
(212) 637-2482

TO:   All Counsel of Record