```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
                       Plaintiff, :
 : 13 Cr. 345 (LGS)
       -against- :
 : ORDER
TYRONE BROWN, ET AL., :
                     Defendants. :
 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that the proceeding in this matter, previously scheduled for February 7, 2014 at 10:45 a.m., shall be adjourned to February 11, 2014 at 10:30 a.m., due to a conflict in the Court's schedule.

SO ORDERED.

Dated: January 22, 2014
       New York, New York

                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE