USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,       :
                    Plaintiff,       :
:    13 Cr. 345 (LGS)
      -against-       :
:    SCHEDULING ORDER
TYRONE BROWN, et al.,       :
                    Defendants.       :
:
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS defense counsel and the Government have requested an extension of time for the filing of responses to motions *in limine* and replies in support of motions *in limine*,

WHEREAS the Court has been apprised of circumstances that necessitate the postponement of the trial currently scheduled to begin on February 18, 2014.

WHEREAS a final pretrial conference is scheduled to be held on February 11, 2014. It is hereby

**ORDERED** that responses to motions *in limine*, if any, shall be filed by **February 14, 2014**. Replies, if any, shall be filed by **February 28, 2014 at 10:00 a.m.**

**ORDERED** that the moving party shall hand deliver to Chambers a hard copy of the fully briefed motion by **February 14, 2014 at 10:00 a.m.**

**ORDERED** that the current deadlines for requests to charge, voir dire and 3500 material are hereby adjourned *sine die*, to be rescheduled in accordance with the new trial date.

**ORDERED** that the conference scheduled for February 11, 2014 shall be a status and scheduling conference. The parties shall be prepared to discuss all scheduling issues at the conference.

**ORDERED** that the Clerk of the Court is directed to terminate the letter motion at Dkt. No. 51.

Dated: January 29, 2014
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE