```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                        Plaintiff,                           :
                                                             :       13 Cr. 345 (LGS)
            -against-                                        :
                                                             :       ORDER
TYRONE BROWN, et al.,                                        :
                        Defendants.                          :
                                                             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS Defendants Tyrone Brown and Steven Glisson are currently housed at the Metropolitan Detention Center (M.D.C.), and Defendant Antoine Chambers is currently housed at the Metropolitan Correctional Center (M.C.C.)

WHEREAS a trial has been scheduled to be held on June 23, 2014.

WHEREAS the Defendants and their counsel will require joint defense meetings in order to prepare for trial.  It is hereby

**ORDERED** that the Government shall coordinate with the Bureau of Prisons to facilitate the housing of Defendants Tyrone Brown, Steven Glission, and Antoine Chambers at the M.D.C., but alternatively at the M.C.C.

**ORDERED** that the Bureau of Prisons shall facilitate this arrangement and notify the Court if any issues arise.

**ORDERED** that the parties shall submit a joint letter by March 1, 2014, informing the Court of the status of the foregoing.

Dated: February 13, 2014
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE