UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
UNITED STATES OF AMERICA,                :
                      Plaintiff,    :
                                                 :       13 Cr. 345 (LGS)
           -against-                         :
                                                 :       <u>SCHEDULING ORDER</u>
TYRONE BROWN, et al.,                     :
                     Defendants.  :
                                               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a conference was held before the Court on February 11, 2014, it is hereby

       **ORDERED** that for the reasons stated on the record, Defendant Glisson's motion to reconsider denial of his severance motion (Dkt. No.29) is **GRANTED** but the motion to sever is **DENIED**.

       **ORDERED** that the Defendant Tyrone Brown, his counsel, and the Government shall appear for a suppression hearing on **Tuesday February 18, 2014 at 11:00 a.m.** The parties shall ensure that all witnesses are present and on time for this hearing.

       **ORDERED** that any additional motions in limine shall be filed by **May 26, 2014**. Responses shall be filed by **June 2, 2014**.

       **ORDERED** that joint voir dire, requests to charge, and verdict sheets shall be filed by **June 9, 2014**.

       **ORDERED** that the Government shall produce any 3500 material on or before **June 13, 2014**.

       **ORDERED** that the parties shall appear for a final pretrial conference on **June 16, 2014 at 10:45 a.m. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square,**

**New York, New York, 10007.**

**ORDERED** that the trial currently scheduled for February 18, 2014 is hereby adjourned to **June 23, 2014 at 9:45 a.m**.

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between February 11, 2014 until June 23, 2014 outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

Dated:  February 13, 2014
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE