```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2014
```

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

February 14, 2014

**BY ELECTRONIC MAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

02/19/2014

Re: *United States v. Antione Chambers,*
      S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

    This letter is in regard to the deadline for filing a response to the government's motions *in limine* in the above-entitled case, in which I represent defendant Antione Chambers. The response, on Mr. Chambers's behalf is presently due today, February 14, 2014. In light of the recent inclement weather and illness in the office, it is respectfully requested that the Court permit me to avail myself of the Court's gracious offer, extended during Tuesday's pretrial conference, to grant an extension of time until the end of next week. I have been informed by Assistant United States Attorney Negar Tekeei that the government does not object to this application.

    Accordingly, it is respectfully requested that deadline for the filing of the response to the *in limine* motion, on Mr. Chambers's behalf be extended until Friday, February 21, 2014. As stated above, the government does not object to this request.

Respectfully submitted,

*Joshua L. Dratel* (signature)

Joshua L. Dratel

JLD/wgs
cc:    Negar Tekeei
       Assistant United States Attorney

       All Defense Counsel

Dated: 02/21/2014
APPLICATION GRANTED

*(signature)*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE