

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 201
New York, New York  10007

    Re:    *United States* v. *Antione Chambers, et al.*,
            S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

       The Government writes in response to the Court's Order dated February 13, 2014, requiring the Government to coordinate with the Bureau of Prisons ("BOP") regarding the possibility of housing all of the defendants in this case at the Metropolitan Detention Center ("MDC") in Brooklyn in order to facilitate co-defendant meetings.  After consulting with the United States Marshals Service and the BOP, and informing them of the Court's Order, the Government is able to report that Antione Chambers has been moved to the MDC, so all of the defendants are now housed in the same facility.

                                                      Respectfully submitted,

                                                      PREET BHARARA
                                                      United States Attorney
                                                      Southern District of New York


                                  By:       s/   Amy Lester
                                                     Amy Lester / Negar Tekeei
                                                     Assistant United States Attorneys
                                                     (212) 637-2416 / 2482

cc:     All Defense Counsel of Record (By E-Mail)