```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                         Plaintiff,       :
                                          :       13 Cr. 345 (LGS)
           -against-                      :
                                          :       ORDER
TYRONE BROWN, et al.,                     :
                         Defendants.      :
                                          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Government has requested an extension of time for the filing of replies in support of motions *in limine*, it is hereby

**ORDERED** that all parties' replies in support of motions *in limine*, if any, shall be filed by **March 7, 2014**.

**ORDERED** that the moving party shall hand deliver to Chambers a hard copy of the fully briefed motion by **March 7, 2014**.

**ORDERED** that the Clerk of the Court terminate the letter motions at Dkt. Nos. 54, 61 and 68.

Dated: February 27, 2014
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/27/14