USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/04/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                Plaintiff,                           :
                                                              :   13 Cr. 00345-03 (LGS)
        -against-                                           :
                                                              :   SCHEDULING ORDER
ANTOINE CHAMBERS,                                             :
                Defendant,                           :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Government filed a letter regarding the identification procedure employed by law enforcement with respect to one of the witnesses who identified Defendant Antoine Chambers from a photo array on February 24, 2014 (Dkt. No. 66). It is hereby

    **ORDERED** that Defendant Antoine Chambers, his counsel, and the Government shall appear for a status conference on **April 18, 2014 at 10:45 a.m**. to discuss the aforementioned letter.

Dated: April 4, 2014
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE