

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 201
New York, New York  10007

    Re:    *United States* v. *Tyrone Brown, et al.*,
           S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

    The Government writes, with the consent of John M. Rodriguez, Esq., counsel for defendant Tyrone Brown, regarding the hearing in this matter that is currently scheduled for April 18, 2014.  As stated in the Government's February 14, 2014 letter to the Court, one of the Government's witnesses, Detective Ellis Deloren, was expected to be unavailable until the beginning of this month because of medical leave.  The Government has learned recently that Detective DeLoren's medical leave will continue through the end of April.  Accordingly, the parties respectfully request that the Court adjourn the suppression hearing that is currently scheduled for April 18, 2014.  The parties have conferred, and the following dates work for all parties:  May 1, 2, 7 and 8, 2014.

    Thank you for your consideration of this request.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney
    Southern District of New York

By:    _____
    Negar Tekeei
    Assistant United States Attorney
    (212) 637-2482

cc:    John M. Rodriguez, Esq. (By E-Mail)