LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                STEVEN WRIGHT
—                                                                                *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 2, 2014

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Antione Chambers,*
    S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

      This letter is in regard to the deadline for filing the motion for reconsideration related to the government's February 24, 2014, addressing an additional eyewitness identification procedure, in the above-entitled case, in which I represent defendant Antione Chambers.  The motion, on Mr. Chambers's behalf, is presently due today, May 2, 2014.  It is respectfully requested that the Court grant an extension of time to file the motion until Monday, May 5, 2014, because I am currently on trial in *United States v. Mostafa*, 04 Cr. 356 (KBF), before Judge Katherine B. Forrest, and as a result, completion of the motion has been delayed.  Assistant United States Attorney Negar Tekeei has informed my associate, Whitney G. Schlimbach, Esq., that the government consents to this request.

      Accordingly, it is respectfully requested that deadline for the filing of the motion to reconsider, on Mr. Chambers's behalf, be extended until Monday, May 5, 2014.  As stated above, the government consents to this request.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/wgs
cc:    Negar Tekeei
        Assistant United States Attorney