

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2014

**BY HAND**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 201
New York, New York  10007

      Re:    *United States* v. *Antione Chambers, et al.*,
              S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

      The Government writes to respectfully request a brief extension of time to file its response to defendant Antione Chambers' Motion for Reconsideration, which was filed on May 5, 2014.  The Government's current deadline is Friday, May 16.  The Government is respectfully requesting an extension until Monday, May 19 to file its response.  This is the only request for an extension that the Government has made with respect to this deadline.  We have spoken with defense counsel, Joshua Dratel, Esq., who has no objection to this request on behalf of his client.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney
                                Southern District of New York

By:   _____
       Negar Tekeei
       Assistant United States Attorney
       (212) 637-2482

cc:     All Defense Counsel of Record (By E-Mail)