```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA        :
                            Plaintiff,    :
                                                   :          13 Cr. 345 (LGS)
                -against-                    :
                                                   :          <u>SCHEDULING ORDER</u>
TYRONE  BROWN, et al.,          :
                            Defendant,  :
                                                 :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

**WHEREAS** a conference was held before the Court on May 16, 2014.  It is hereby

**ORDERED** the parties shall appear for a status conference on **May 21, 2014 at 4:00 p.m.**
If any party has another court appearance that creates a scheduling conflict, they shall contact the Government.  The Government then shall file a joint letter via CM/ECF requesting an adjournment and indicating 3 dates/times when all parties are available for a status conference.


Dated: May 16, 2014
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE