USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA
                                       Plaintiff,

                         13 Cr. 345 (LGS)

                 -against-

SCHEDULING ORDER

TYRONE BROWN, ET AL.,
                                  Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a conference was held before the Court on May 21, 2014. For the reasons stated on the record, it is hereby

      **ORDERED** that Defendant Antoine Chambers' Motion for Reconsideration of the Denial of Mr. Chambers' Pre-Trial Motion to Suppress Identification Evidence (Dkt. No. 83) is GRANTED. However, Defendant Antoine Chambers' Motion to Suppress Identification Evidence (Dkt. No. 16) is DENIED.

      **ORDERED** that Defendant Tyrone Brown's First Motion to Suppress Statement and Tangible Evidence (Dkt. No. 55) is GRANTED IN PART regarding the tangible evidence seized in his apartment, and remains pending subject to a suppression hearing regarding his post-arrest statement. Accordingly, his First Letter Motion to Preclude (Dkt. No. 57) is also GRANTED.

      **ORDERED** that Defendant Tyrone Brown, his counsel, the Government and any Government witnesses shall appear for a suppression hearing on **July 28, 2014, at 10:30 a.m.**

      **ORDERED** that Defendant Tyrone Brown, by his recently appointed counsel, shall file any additional motions by **June 20, 2014**. The Government shall file any response by **July 7, 2014**. Defendant Tyrone Brown shall file any reply by **July 17, 2014**.

      **ORDERED** that the scheduling order dated February 13, 2014, (Dkt. No. 60) is hereby

vacated and the following dates shall apply instead:

    (a) Any additional motions in limine shall be filed no later than **July 31, 2014**.

        Responses shall be filed by **August 8, 2014**.

    (b) Joint voir dire (including the statement referenced in the Court's Individual Rules), requests to charge and verdict sheets shall be filed by **August 19, 2014**.

    (c) The Government shall produce any 3500 material on or before **August 22, 2014**.

    (d) The final pretrial conference currently scheduled for June 16, 2014, is hereby adjourned to **September 2, 2014 at 4:30**.

    (e) The jury trial currently scheduled for June 23, 2014 is hereby adjourned to **September 8, 2014 at 9:45 a.m.**

    **ORDERED** that the Clerk of the Court is directed to

    (a) reopen Defendant Steven Glisson's Motion in Limine (Dkt. No. 43) and the Government's Motion in Limine (Dkt. No. 46) as they were administratively closed in error;

    (b) terminate the motions at docket Nos. 57 and 83.

Dated: May 23, 2014
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE