```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                              Plaintiff,                    :
                                                            :         13 Cr. 345 (LGS)
              -against-                                     :
                                                            :             ORDER
TYRONE BROWN, et al,                                        :
                              Defendants,                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on May 21, 2014.

WHEREAS the Court adjourned the trial scheduled for June 23, 2014 to September 8, 2014.  It is hereby,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until September 8, 2014 outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between today and September 8, 2014 is excluded.


Dated: May 27, 2014
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**