USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      ORDER

    -v.-                           :      S2 13 Cr. 345 (LGS)

TYRONE BROWN, et al.               :

                Defendants.        :

- - - - - - - - - - - - - - - - - -x
```

       WHEREAS, the Court issued a decision in the above-referenced matter on May 21, 2014, entered on May 23, 2014 at Docket No. 93;

       WHEREAS, the United States of America, by and through Preet Bharara, United States Attorney, Margaret Garnett and Negar Tekeei, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

       WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may - before or after the time has expired, with or without motion and notice - extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

       WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's decision and determine

whether to appeal the decision;

      WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

      IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including July 21, 2014.

Dated:  New York, New York
       June 20, 2014

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**