

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2014

**BY ECF & HAND**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Tyrone Brown, et al.*,
            S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request an extension of time to file its response to the defendants' pretrial motions, which were filed on June 20, 2014. The Government's current deadline is July 7, 2014. The Government is respectfully requesting an extension until July 14, 2014 to file its response. This is the only request for an extension that the Government has made with respect to this deadline. We have spoken with counsel for Messrs. Brown, Glisson and Chambers, the defendants, who have stated they have no objection to this request.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                                          _____
                                          Margaret Garnett / Negar Tekeei
                                          Assistant United States Attorneys
                                          (212) 637-2520 / 2482

cc: All Defense Counsel of Record (By ECF and E-Mail)