

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2014

**BY ECF & HAND**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/03/2014
```

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* v. *Tyrone Brown, et al.*,
           S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request an extension of time to file its response to the defendants' pretrial motions, which were filed on June 20, 2014. The Government's current deadline is July 7, 2014. The Government is respectfully requesting an extension until July 14, 2014 to file its response. This is the only request for an extension that the Government has made with respect to this deadline. We have spoken with counsel for Messrs. Brown, Glisson and Chambers, the defendants, who have stated they have no objection to this request.

Application Granted in Part. The Government shall file its response by July 11. Any reply shall by due by July 21.in this matter. The parties shall appear for a status conference on August 14, 2014 at 11:15 a.m. The parties shall be prepared to argue the pending motions at this conference. The Clerk of the Court is directed to terminate the letter motion at Dkt. No. 114.

Respectfully submitted,

PREET BHARARA
United States Attorney

                        /s/
Margaret Garnett / Negar Tekeei
Assistant United States Attorneys
(212) 637-2520 / 2482

Dated. July 3, 2014
New York, New York

                                                 _____
                                                 LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE