LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                         STEVEN WRIGHT
—                                                                        *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

July 31, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Antione Chambers,*
    S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

     This letter is in regard to the above-entitled case, in which I am appointed counsel for defendant Antione Chambers. Mr. Chambers does not have any motions *in limine* (which are due today) to make at this time. However, he reserves the right to make such motions based on review of material produced by the government pursuant to 18 U.S.C. §3500. I have spoken with counsel for Mr. Chambers's co-defendants, Tyrone Brown and Stephen Glisson, and they join in this letter.

                                           Respectfully submitted,

                                           Joshua L. Dratel

JLD/

cc:    Negar Tekeei
        Assistant United States Attorney

        All Defense Counsel