**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 12, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 201
New York, New York  10007

>      **Re:**     *United States* **v.**  *Tyrone Brown, et al.*,
>              **S2 13 Cr. 345 (LGS)**

Dear Judge Schofield:

        The Government respectfully submits this letter regarding the Government's July 21, 2014 Notice of Appeal of the decision issued by the Court on May 21, 2014, granting defendant Tyrone Brown's motion to suppress physical evidence seized from his apartment on March 26, 2013.  The Government has received authorization from the Solicitor General's office to withdraw its Notice of Appeal and, on August 12, 2014, filed a stipulation of withdrawal with the Second Circuit Court of Appeals.

>              Respectfully submitted,
>
>              PREET BHARARA
>              United States Attorney
>              Southern District of New York
>
> By:      
>              Negar Tekeei
>              Santosh Aravind
>              Assistant United States Attorney
>              (212) 637-2482 / 1045

cc:     All Defense Counsel of Record (By E-Mail and ECF)