```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA,            :         ECF CASE
                                     :
        - v. -                       :   NOTICE OF APPEARANCE AND
                                     :   REQUEST FOR ELECTRONIC
TYRONE BROWN, et al.,                :          NOTIFICATION
                                     :
              Defendants.            :      13 Cr. 345 (LGS)
                                     :
- - - - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                          by:   <u>/s/ Santosh Aravind</u>
                               Santosh Aravind
                               Assistant United States Attorney
                               Tel: (212) 637-1045
                               Fax: (212) 637-2387
                               santosh.aravind@usdoj.gov