UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                    Plaintiff,             :
                                                           :          13 Cr. 345 (LGS)
                        -against-                          :
                                                           :              ORDER
TYRONE BROWN, et al.,                                      :
                                    Defendants,            :
                                                           :
----------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/12/2014_

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that the conference in this matter, previously scheduled for August 14, 2014 at 11:15 a.m., shall be adjourned to August 14, 2014 at 5:30 p.m., due to a conflict in the parties' schedule.


SO ORDERED.

Dated: August 12, 2014
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**