UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2014
```

```
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA                                   :
                                    Plaintiff,             :
                                                           :
                    -against-                              :
                                                           :
TYRONE BROWN, ET AL.,                                      :
                                    Defendants.            :
                                                           :
----------------------------------------------------------- X
```

13 Cr. 345 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on August 14, 2014.  For the reasons stated on the record, it is hereby

**ORDERED** that the parties shall file a joint letter by **September 2, 2014** stipulating to, (i) the date in which the Government shall submit any 3500 material; (ii) whether there is any objection to the Court holding suppression hearing on September 8, 2014 at 11:00 a.m.

**ORDERED** that the parties shall appear for a status conference on **September 8, 2014 at 10:30 a.m.**  The parties shall be prepared to argue the pending motions at this conference.

**ORDERED** that the scheduling order dated May 23, 2014, (Dkt. No. 93) is hereby vacated and the following dates shall apply instead:

(a) Any additional motions in limine shall be filed no later than **September 8, 2014**.
    Responses shall be filed by **September 15, 2014**.

(b) Joint voir dire (including the statement referenced in the Court's Individual Rules), requests to charge and verdict sheets shall be filed by **September 15, 2014**.

(c) The final pretrial conference currently scheduled for September 2, 2014, is hereby adjourned to **September 22, 2014 at 4:00**.

(d) The jury trial currently scheduled for September 8, 2014 is hereby adjourned to

**September 29, 2014 at 9:45 a.m.**  The parties are reminded that any discussions regarding the possible disposition of this matter will not stay the Court's aforementioned schedule.

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between August 14, 2014 until September 29, 2014 outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

Dated: August 20, 2014
      New York, New York

                                  LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE