```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                  Plaintiff,                :
                                                            :      13 Cr. 345-03 (LGS)
                -against-                                   :
                                                            :      SCHEDULING ORDER
   ANTOINE CHAMBERS,                                        :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Government filed an application to obtain access to records relating to the United States Probation Office of the Southern District of New York's supervision of Defendant Antoine Chambers. (Dkt. No. 136) It is hereby,

**ORDERED** that Defendant Antoine Chambers shall file any response to this application by **September 4, 2014.**

Dated: August 29, 2014
       New York, New York

                                         _____
                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**