LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                        STEVEN WRIGHT
—                                                                                          *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

September 4, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

        Re:   United States v. Antione Chambers,
                  S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

      This letter is in regard to the above-entitled case, in which I am appointed counsel for defendant Antione Chambers, and responds to the government's September 2, 2014, letter regarding material covered by 18 U.S.C. §3500 ("3500 material"). Mr. Chambers *does* object to the government's proposed timetable for production of 3500 material. Previously, with respect to the earlier scheduled trial dates in this case, production of *all* 3500 material was due before the Friday prior to trial. In addition, as I stated during the most recent pretrial conference (August 14, 2014), the entire purpose of a protective order would be to eliminate any reason for delay in production of the 3500 material for civilian witnesses. Otherwise, if 3500 material for civilian witnesses is not produced until the Friday before trial, the rationale for a protective order is obviated altogether.

      I will be prepared to discuss this issue further at the September 8, 2014, pretrial conference.

                                              Respectfully submitted,

                                              Joshua L. Dratel

JLD/