UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                           :      13 Cr. 345 (LGS)

UNITED STATES OF AMERICA,       :

                                                           :      NOTICE OF DEFENDANT ANTIONE
                                                           :      CHAMBERS'S MOTION IN LIMINE TO
           – against –                 :      PERMIT EXPERT TESTIMONY AND
                                                           :      FOR RECONSIDERATION OF THE
                                                           :      PRIOR DENIAL OF HIS PRE-TRIAL
ANTIONE CHAMBERS,             :      MOTION TO SUPPRESS HISTORICAL
                                                           :      CELL SITE EVIDENCE
                   Defendant.          :
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed declaration of Joshua L. Dratel, Esq., the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, ANTIONE CHAMBERS, defendant in the above-entitled case, will move before the Honorable LORNA G. SCHOFIELD, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order permitting Mr. Chambers to present expert testimony with respect to the reliability of eyewitness testimony, and reconsidering the Court's prior ruling denying Mr. Chambers's motion to suppress historical cell site evidence, for suppression of the historical cell site evidence related to telephone number 717-643-6130, and for any such other and further relief as to the Court seems just and proper.

Dated:  9 September 2014
        New York, New York

Respectfully submitted,

  /S/ Joshua L. Dratel
Joshua L. Dratel
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732 - 0707
jdratel@joshuadratel.com

*Attorneys for Defendant Antione Chambers*

To: THE HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK