LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2014

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 15, 2014

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Antione Chambers,*
S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

This letter is in regard to the deadline for filing responses to both parties' motions *in limine*, which were filed via ECF on Tuesday, September 9, 2014, in the above-entitled case, in which I represent defendant Antione Chambers. Given that the parties have been engaged in discussions regarding discovery issues, stipulations, the requests to charge, voir dire and verdict sheets, in hopes of resolving as many issues as possible, it is respectfully requested that the deadline to file responses to the motions *in limine* be extended until tomorrow, September 16, 2014. I have been informed by Assistant United States Attorney Negar Tekeei that the government joins in this request.

Accordingly, it is respectfully requested that the deadline for filing responses to the *in limine* motions, be extended until Tuesday, September 16, 2014.

Respectfully submitted,

Joshua L. Dratel

Application granted.  The parties shall comply with the Court's Individual Rules, section B.3, regarding the time frames in which to file requests for adjournments and extensions of time.  No further extension shall be granted absent extraordinary circumstances.  The Clerk of the Court is directed to terminate the letter motion at docket number 155.

Dated: September 16, 2014
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**