```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA          :          13 Cr 345 (LGS)

    - against -          :          **ORDER**

ANTIONE CHAMBERS,          :

                  Defendant.          :
-------------------------------------------------------X

It is hereby ORDERED that Antione Chambers is allowed to bring with him from Court to Metropolitan Correctional Center, and to possess and wear to Court for the duration of his trial, commencing September 29, 2014, the following items:

- one pair of dark colored pants;
- two button up shirts;
- one tie;
- one sports jacket;
- two pairs of socks; and,
- one pair of dress shoes.

SIGNED THIS 25th DAY OF SEPTEMBER 2014.

                                                        **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**