```
EA9MCHAF
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA
4           v.                              13 CR 345(LGS)
5  ANTIONE CHAMBERS,
6                Defendant.
7  ------------------------------x
8                                            New York, N.Y.
                                             October 9, 2014
9                                            9:30 a.m.

10
   Before:
11
                    HON. LORNA G. SCHOFIELD,
12
                                             District Judge
13
14                       APPEARANCES
15
   PREET BHARARA
16      United States Attorney for the
        Southern District of New York
17 SANTOSH ARAVIND
   NEGAR TEKEEI
18      Assistant United States Attorneys

19 JOSHUA L. DRATEL
   WHITNEY SCHLIMBACH
20      Attorneys for Defendant

21 ALSO PRESENT:   JOHN REYNOLDS, FBI
                   JENNIFER HANSMA, Paralegal AUSA
22
23
24
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

EA9MCHAF

1        (Trial resumed; jury present)

2        THE COURT:  Good morning, ladies and gentlemen.  Thank
3   you for being prompt.  Thank you for being here again.  I just
4   wanted to put on the record the various exhibits that we have
5   sent back and also, do we have additional exhibits to give to
6   them?

7        We have Court Exhibit 10E, which is Special Agent
8   Reynolds' testimony.  We have also sent back Court Exhibit 10A,
9   which is the transcript of Michael Whelan; 10B, the transcript
10  of Isaac Nelson; 10C, the transcript of Thomas DeRosa; and 10D,
11  the transcript of Eric Perry.

12       I'll leave you back with your deliberations.  Good
13  luck and we are here.  Thank you.

14       (Jury deliberations resumed; time noted:  9:32 a.m.)

15       THE COURT:  See you later.

16       (Recess pending verdict)

17       THE COURT:  We have a note.  They would like to be
18  excused at 4:00 today.  So I will excuse them at 4:00 today and
19  ask them to come back tomorrow at 9:30.

20       MR. DRATEL:  We will see you then.

21       (Jury present)

22       THE COURT:  Ladies and gentlemen, I have your note
23  which I have marked as Court Exhibit 12 asking to be excused at
24  4 p.m. this afternoon.  And you have been hard at work all day
25  and I have not seen you or heard from you all day.  So I'm

EA9MCHAF

1  happy to let you go at 4.
2          I suggest we start tomorrow at the same time, 9:30.
3  Please don't talk about the case or look anything up and we
4  will see you then.  Thanks very much.
5          (Jury excused)
6          THE COURT:  Unless anyone wants to talk about
7  anything, I think we are excused.
8          MS. TEKEEI:  Thank you, Judge.
9          THE COURT:  Thank you.  Good night.
10         (Adjourned to Friday, October 10, 2014, at 9:30 a.m.)