EAAMCHAF

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA

4              v.                        13 CR 345(LGS)

5    ANTIONE CHAMBERS,

6              Defendant.

7    ------------------------------x

8                                         New York, N.Y.
                                          October 10, 2014
9                                         9:30 a.m.

10
     Before:
11
                    HON. LORNA G. SCHOFIELD,
12
                                          District Judge
13

14                       APPEARANCES

15
     PREET BHARARA
16        United States Attorney for the
          Southern District of New York
17   SANTOSH ARAVIND
     NEGAR TEKEEI
18        Assistant United States Attorneys

19   JOSHUA L. DRATEL
     WHITNEY SCHLIMBACH
20        Attorneys for Defendant

21   ALSO PRESENT:  JOHN REYNOLDS, FBI
                    JENNIFER HANSMA, Paralegal AUSA
22

23

24

25

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

1         (Trial resumed; jury present)

2         THE COURT:  Good morning, ladies and gentlemen.  Thank
3    you again for being prompt.

4         Are those lunch menus you have in your hands?

5         Mr. Lewis, who is here in Mr. Street's place today,
6    will collect them from you now.

7         Thank you.  Good luck with your deliberations today.
8    You may be excused to deliberate.  And the alternates may be
9    excused to the witness room.

10        (Jury deliberations resumed; time noted:  9:36 a.m.)

11        THE COURT:  See you later.

12        MR. ARAVIND:  Your Honor, at some point today -- the
13   jury may know this -- that Monday is a holiday.  Are you going
14   to remind them?

15        THE COURT:  I will remind them, although do you really
16   think we will be here Monday?

17        MR. ARAVIND:  This trial has changed my expectations.
18   I don't know what to think anymore.

19        THE COURT:  Are there any requests?

20        Apparently not.  If you change your mind, let me know.

21        (Recess pending verdict)

22        THE COURT:  Could we get the jury, please.

23        (Jury present)

24        THE COURT:  Just a piece of housekeeping first.  I
25   will have marked as Court Exhibit 13 a written copy of the jury

1    instructions that I gave you.
2              I have been told that you have a verdict.  So before I
3    announce your verdict I would like to excuse the alternates.
4    You may sit out there.  I want to thank you for your service.
5    I know you listened incredibly attentively and were extremely
6    patient for the last many days, and I'm so appreciative of your
7    doing that.  As you know, if any of the jurors had been unable
8    to serve, you would have had to step in.  And if you had not
9    been there to do that, they would have had to start all over
10   again.  So your service has been extremely valuable.  And I
11   want to thank you.
12             So you are now officially excused as alternate jurors.
13   And if you'd like to hear the verdict, you may sit out there.
14             (Alternate jurors excused)
15             THE COURT:  I've been handed an envelope.  It has a
16   verdict form in it, although I have not actually opened it and
17   read it, so I will do that now and I will mark it as Court
18   Exhibit 14.  I will read it to everyone and then I will poll
19   the jury and ask you if this is your verdict one by one.
20             So Count One, conspiracy to commit robbery, guilty;
21   Count Two, robbery, guilty; Count Three, kidnapping, guilty;
22   Count Four, use of firearms, not guilty.
23             It is signed by the foreperson.  It's dated
24   10/10/2014.
25             (Jury polled; each juror answered in the affirmative)

1                THE COURT:  Thank you very much, ladies and gentlemen.
2    You have been incredibly diligent.  I know how hard you've
3    worked these many days and I know how difficult the process
4    must have been.  I can only imagine, of course, I will never
5    know and no one else will never know.  But I can't thank you
6    enough for being so attentive and also persevering and being so
7    careful and analytical with the evidence, which I really
8    appreciate and the parties very much appreciate.  So thank you.
9                What I'll do now is, I will excuse you as jurors.  If
10   you'd like to go back to the jury room, I would like to come
11   back and personally thank you and speak to you for just a few
12   minutes.  And if any counsel would like to chat afterwards with
13   me, I will come back.  And, if not, that, of course, is fine as
14   well.  I will meet the jury back in the jury room.
15               You are now excused as jurors.
16               (Jury discharged)
17               THE COURT:  We are officially adjourned.  If counsel
18   want to meet in the robing room, that's fine.  If not, that's
19   fine.  But only with the consent of defense counsel alone or
20   with the government or vice-versa.
21               MR. DRATEL:  Your Honor, I think we need to put on the
22   record, some scheduling issues, posttrial motions.  It's a
23   14-day period.
24               THE COURT:  We can do that.  The only problem is,
25   without Mr. Street, it's a little bit difficult.  Let's do

1    that.
2         MR. DRATEL:  Maybe we can put on the record something
3    that will obviate the need to set a specific date right now.
4         THE COURT:  Go ahead.
5         MR. DRATEL:  Because the rule is 14 days, and I'm
6    going to be preparing for the trial from this moment until
7    November 10, when I have a trial date, that's about a four or
8    five-week trial, if we could get these motions for maybe
9    mid-January.  If the government doesn't object, we can find a
10   date with Mr. Street or just set a date now.  Really for just
11   filing the motions.
12        THE COURT:  Does the government have any objection to
13   mid-January?
14        MR. ARAVIND:  No, your Honor.
15        THE COURT:  Why don't we just set it now.  I will tell
16   Mr. Street and the order will get entered in the fullness of
17   time.
18        Do you have a preference, Mr. Dratel?
19        MR. DRATEL:  Let me look at the calendar.  I forgot
20   which day the 1st is.
21        THE COURT:  The 1st is a Thursday.
22        MR. DRATEL:  So two weeks out from that, the 15th.
23        THE COURT:  The 15th is a Thursday.
24        Is there anything else in terms of scheduling or
25   anything else we need to do as far as official business?

```
 1              MR. ARAVIND:  We would just ask two weeks to respond
 2   to the motion.
 3              THE COURT:  Did you want a reply?
 4              MR. DRATEL:  A week.
 5              THE COURT:  One week.
 6              MR. DRATEL:  That would be the 5th.
 7              THE COURT:  The 15th, two weeks is the 29th, and then
 8   a week later is the 5th of February.
 9              MR. ARAVIND:  Your Honor, typically we would set a
10   sentencing date now.  But with Mr. Street not here --
11              MR. DRATEL:  We can mutually agree --
12              THE COURT:  I also think the posttrial motions, I
13   don't know how substantial they are or how long it will take.
14   It is probably a little premature to set a sentencing date
15   right now.
16              MR. ARAVIND:  Thank you, Judge.
17              THE COURT:  Thank you, counsel.  You have all been
18   amazing and hard working and I very much appreciate it.  That's
19   all.
20              (Trial concluded)
21
22
23
24
25
```