```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                   Plaintiff,               :
                                                            :          13 Cr. 345-03 (LGS)
              -against-                                     :
                                                            :          SCHEDULING ORDER
   ANTOINE CHAMBERS,                                        :
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/14

LORNA G. SCHOFIELD, District Judge:

WHEREAS a jury trial was held before the Court on September 29, 2014 and concluded on October 10, 2014;

WHEREAS, a jury found Defendant Antione Chambers Guilty as to Counts 1, 2, and 3 of the Second Superseding Indictment;

WHEREAS, a jury found Defendant Antione Chambers Not Guilty as to Count 4 of the Second Superseding Indictment; it is hereby,

**ORDERED** that Defendant Antoine Chambers' post-trial briefs, if any, shall be filed by **January 15, 2015.** The Government's response, if any, shall be filed by **January 29, 2015.** Defendant Antione Chambers' reply, if any, shall be filed by **February 5, 2015**.

Dated: December 4, 2014
       New York, New York

                                             _____
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**