UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                     Plaintiff,             :
                                                            :    13 Cr. 345 (LGS)
            -against-                                       :
                                                            :    ORDER
TYRONE BROWN, ET AL.,                                       :
                                     Defendants.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Court previously ruled orally on the following motions.  This order reflects those oral rulings.  For the reasons stated on the record, it is hereby,

    **ORDERED** Defendant Steven Glisson's Motion in Limine to Preclude Evidence (Dkt. No. 43) is DENIED as moot.  It is further

    **ORDERED** that the Government's Motion in Limine (Dkt. No. 46) is GRANTED IN PART AND DENIED IN PART.  Defendant Tyrone Brown's post arrest statements are admitted in their entirety.  The Government's applications to (i) introduce Defendants Steven Glisson's and Antoine Chambers' prior convictions; (ii) introduce evidence that the victim had seen Defendant Steven Glisson with a gun; (iii) preclude the cross-examination of Detective Deloren are DENIED.  It is further

    **ORDERED** that Defendant Tyrone Brown's First Letter Motion (Dkt. No. 76) seeking the admission of Defendant Tyrone Brown's post arrest statements in unredacted form was GRANTED IN PART AND DENIED IN PART.  However, the Court later ruled that Brown's post arrest statement would be admitted in its entirety during the trial of Mr. Chambers.  (*See* motions at Dkt. Nos. 46, 151 and 152).  It is further

    **ORDERED** that Defendant Tyrone Brown's Motions to (i) Suppress his post arrest

statements; (ii) requiring the Government to provide a bill of particulars; (iii) granting all relief sought by motion by any co-defendant(s) that is consistent with the rights of Defendant Tyrone Brown (Dkt. No. 107) are DENIED as moot.  It is further

**ORDERED** that the Government's Letter Motion (Dkt. No. 136) seeking that the Court order the United States Probation Office to disclose confidential information regarding Defendant Antione Chambers' supervised release is DENIED.  It is further

**ORDERED** that Defendant Antione Chambers' Second Motion in Limine and Motion for Reconsideration (Dkt. No. 146) is DENIED.  The motion to introduce expert testimony regarding the reliability of eyewitness testimony (Dkt. No. 146) is GRANTED.  The motion for reconsideration of the prior denial of Defendant's pre-trial motion to suppress historical cell site evidence is DENIED.  It is further

**ORDERED** that the Government's Supplemental Motion in Limine (Dkt. No. 149) is GRANTED IN PART AND DENIED IN PART.  The motion to introduce evidence of Defendant Antione Chambers' flight, possession of false identification documents, and eventual arrest in New Jersey as admissible to show Chamber's consciousness of guilt is GRANTED.  The motion to introduce testimony from Defendant Antione Chambers' Probation Officer is DENIED.  The motion to Release Defendant Antione Chambers' Probation file is DENIED.

**ORDERED** that Defendant Antione Chambers' Letter Motion (Dkt. No. 151) seeking to admit the post arrest statement by Defendant Tyrone Brown in its entirety is GRANTED, and an appropriate limiting instruction will be provided.  It is further

**ORDERED** that the Government's Letter Motion (Dkt. No. 152) seeking to exclude Defendant Tyrone Brown's post arrest statement is DENIED.  It is further

**ORDERED** that the Government's Letter Motion (Dkt. No. 165) is GRANTED IN PART

AND DENIED IN PART.  The 302 and Officer Reynolds' testimony shall be admitted.  The Court will give an appropriate limiting instruction to the jury.  It is further

**ORDERED** that the Government's Letter Motion (Dkt. No. 171) seeking the denial of Defendant Antione Chamber's application to strike Ms. Torres' identification testimony is DENIED.

The Clerk of Court is directed to close the motions at Docket Nos. 43, 46, 76, 107, 136, 146, 149, 151, 152, 165 and 171.

Dated: December 4, 2014
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**