

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2014

**BY HAND**

The Honorable Lorna Schofield
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2014

Re:   Antione Chambers, S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

    Enclosed please find a letter motion requesting that the Court revisit its October 3, 2014, adverse credibility finding against New York City Police Department Detective Ellis Deloren. As explained in the letter motion, the Government does not seek reconsideration of the result of the Court's ruling, the suppression of certain identification evidence, but only the credibility finding against Detective Deloren. We have spoken with Mr. Dratel and he has informed us that he intends to oppose this request. Mr. Dratel asked that he have 45 days to respond to this motion, in light of the holidays and other work commitments. We have no objection to this request. We ask that we have seven days to file reply papers, if necessary, to Mr. Dratel's opposition.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ____/s/_____
   Harris Fischman/
   Laurie Korenbaum/
   Margaret Garnett
   Assistant United States Attorneys
   (212) 637-2305/2266/2520

Application GRANTED. Defendant shall file any response no later than **February 2, 2015**. No reply shall be filed without leave of the Court. The parties are advised that they should make all future filings on ECF.

SO ORDERED.

Dated: December 18, 2014
     New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**