UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13 Cr. 345 (LGS) |
|  | : |  |
|  | : | NOTICE OF MOTION FOR JUDGMENT |
| – against – | : | OF ACQUITTAL, AND/OR NEW TRIAL |
|  | : | PURSUANT TO RULE 29(c) AND |
| ANTIONE CHAMBERS, | : | RULE 33, FED.R.CRIM.P |
|  | : |  |
| Defendant. | : | (filed electronically) |

------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the annexed declaration of Joshua L. Dratel, Esq., the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, ANTIONE CHAMBERS, defendant in the above-entitled case, will move before the Honorable LORNA G. SCHOFIELD, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for a judgment of acquittal, and/or new trial, on all counts of conviction pursuant to Rule 29(c), and Rule 33, Fed.R.Crim.P., and for any such other and further relief as to the Court seems just and proper.

Dated:  15 January, 2014
        New York, New York

                                      Respectfully submitted,

                                      /S/ Joshua L. Dratel
                                    Joshua L. Dratel
                                    JOSHUA L. DRATEL, PC
                                    29 Broadway, Suite 1412
                                    New York, NY 10006
                                    (212) 732-0707
                                    jdratel@joshuadratel.com
                                    *Attorney for Defendant Antione Chambers*

To:    CLERK OF THE COURT
        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK