UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

　　　　- v. -

ANTIONE CHAMBERS,
　a/k/a "Twizzie,"

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/15
```

S2 13 CR 345 (LGS)

**SCHEDULING ORDER**

LORNA G. SCHOFIELD, District Judge:

　　WHEREAS the Government has requested an extension of time for the filing of its opposition to the defendant's motions for a judgment of acquittal and a new trial, it is hereby

　　**ORDERED** that the Government shall file its opposition by February 6, 2015; and.

　　**ORDERED** that the defendant shall file its reply by February 20, 2015.

Dated: January 28, 2015
　　　　New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**