LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2015

January 30, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re: *United States v. Antione Chambers,*
>       S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

      This letter is in regard to the deadline for filing a response to the government's motion to rescind the Court's credibility finding with respect to Detective DeLoren in the above-entitled case, in which I represent defendant Antione Chambers.  The response is presently due Monday, February 2, 2015.  In light of the fact that I remain on trial in *United States v. Ulbricht*, Docket No. 14 Cr. 68 (KBF), I am respectfully requesting an extension of the deadline to respond to the government's motion until February 24, 2015, in order to accommodate both my commitments to the trial and the briefing on the post-trial Rule 29 and 33, motions submitted on January 15, 2015, on behalf of Mr. Chambers.  My associate, Whitney G. Schlimbach, has been informed by Assistant United States Attorney Negar Tekeei that the government does not object to this application, and only requests that the government's deadline to reply be simultaneously extended to March 10, 2014 (two weeks after the due date for the response).

| | |
|---|---|
| LAW OFFICES OF<br>**JOSHUA L. DRATEL, P.C.** | The Honorable Lorna G. Schofield<br>United States District Judge<br>Southern District of New York<br>January 30, 2015<br>Page 2 of 2 |

      Accordingly, it is respectfully requested that deadline for filing a response to the government's motion to rescind the Court's credibility finding, on Mr. Chambers's behalf be extended until Tuesday, February 24, 2015.  As stated above, the government does not object to this request.

                           Respectfully submitted,

                           Joshua L. Dratel

JLD/wgs

cc:    Negar Tekeei
        Harris Fischman
        Assistant United States Attorneys

---

      Application GRANTED.  Defendant shall file any opposition to the Government's application for the Court to reconsider its credibility finding against Detective Deloren no later than **February 24, 2015**. The Government shall file any reply no later than **March 3, 2015**.

      The Clerk of Court is directed to close the letter motion at Dkt. No. 222.  The Clerk is further directed to close the motion at Dkt. No. 219, which was resolved by order at Dkt. No. 221.

Dated: January 30, 2015
       New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE