LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                   STEVEN WRIGHT
—                                                                                                   *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

February 24, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

        Re:  *United States v. Antione Chambers,*
            S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

      This letter is in regard to the response to the government's letter motion to rescind the Court's credibility finding with respect to Detective DeLoren in the above-entitled case, in which I represent defendant Antione Chambers, and respectfully requests a one day extension of the deadline to respond, until tomorrow, February 25, 2015, due to the office being short staffed over the past few days.  My associate, Whitney G. Schlimbach, has been informed by Assistant United States Attorney Negar Tekeei that the government does not object to this application.

      Accordingly, it is respectfully requested that deadline for filing the response to the government's motion to rescind the Court's credibility finding, be extended until tomorrow, February 25, 2015.  As stated above, the government does not object to this request.

                                            Respectfully submitted,

                                            Joshua L. Dratel

JLD/wgs

cc:    Negar Tekeei
        Harris Fischman
        Assistant United States Attorneys