LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/15

February 24, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Antione Chambers,*
     S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

This letter is in regard to the response to the government's letter motion to rescind the Court's credibility finding with respect to Detective DeLoren in the above-entitled case, in which I represent defendant Antione Chambers, and respectfully requests a one day extension of the deadline to respond, until tomorrow, February 25, 2015, due to the office being short staffed over the past few days. My associate, Whitney G. Schlimbach, has been informed by Assistant United States Attorney Negar Tekeei that the government does not object to this application.

Accordingly, it is respectfully requested that deadline for filing the response to the government's motion to rescind the Court's credibility finding, be extended until tomorrow, February 25, 2015. As stated above, the government does not object to this request.

Respectfully submitted,

Joshua L. Dratel

---

Application GRANTED. Defendant shall file any opposition to the Government's application for the Court to reconsider its credibility finding against Detective Deloren no later than **February 25, 2015**. The Government shall file any reply no later than **March 4, 2015**.

The Clerk of Court is directed to close the letter motion at Dkt. No. 230.

Dated: February 24, 2015
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE