We have weighed all the evidence and discussed each argument that we can think of. Each juror is now entrenched in his or her position and feels there are no more arguments that could be made that would change his or her opinion.

— Court Exhibit #6 —

On Count 1 we have 4 not guilty and 8 guilty

On Count 2 we have 5 not guilty and 7 guilty

On Count 3 we have 5 not guilty and 7 guilty

On Count 4 we have 8 guilty.

On Count 4(a) we have 8 yes.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 235
DATE FILED: 03/06/2015

Steph Ripp