UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                 Plaintiff,                          :
                                                            :  12 Cr. 853-01 (LGS)
        -against-                                          :  13 Cr. 345-03 (LGS)
                                                            :
ANTIONE CHAMBERS,                                           :  SCHEDULING ORDER
                 Defendant.                          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Antione Chambers' sentencing hearing shall be held on **October 13, 2015 at 4:30 p.m. in courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York 10007.** Defendant's pre-sentencing submissions, if any, shall be filed by **October 5, 2015**. Government's pre-sentencing submissions, if any, shall be filed by **October 8, 2015**.

Dated: July 13, 2015
       New York, New York

                                      LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE