USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2015

DEAR JUDGE SCHOFIELD

Your Honor, I am writing you, hoping you will consider my request. I have read case-law and opinions from the SUPREME COURTS OF THE United States, saying that before Judgement, the District Judge still has jurisdiction and descretion over a district court case.

As we both know, a lot of lies were presented by law enforcements in my case. Lies that I thought would have been enough to show and prove my innocence. I was wrong. I felt my lawyers did a good job. At the same time, we all as people and humans make mistakes. That is something I understand. Unfortunately for me, the mistakes that other people have made, is costing me my life, my innocence, my freedom and has damaged the lives of my family. (most importantly my children and my soon to be wife) Because of me being incarcerated, my fiancee and children have been homeless (living from shelter to shelter, home to home). Many nights I have felt like giving up. Because of my family I have not done so. Everyday I read my case transcripts trying to find a way to prove my innocence. Then I finally read something that has been in front of you, my lawyers, the prosecutors and myself. Something we all overlooked. Your Honor, I'm asking that you <u>please</u> give me a chance before sentencing to show. I promise this will not be a waste

of your time

Thank you

Antione Chambers

WHEREAS Defendant Antione Chambers is represented by Mr. Joshua Dratel. WHEREAS the foregoing application was made pro se and ex parte. It is hereby ORDERED that the Defendant submit his concerns and requests through Mr. Dratel. Mr. Dratel is directed to speak with Mr. Chambers regarding any potential applications and to provide him with a copy of this Order.

Dated: September 17, 2015
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE