**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                STEVEN WRIGHT
—                                                                               *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 2, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *United States v. Antione Chambers,*
         S1 13 Cr. 345 (LGS)

Dear Judge Schofield:

  This letter is submitted on behalf of defendant Antione Chambers, whom I represent in the above-entitled case, and, for the reasons set forth below, respectfully requests a one month adjournment of Mr. Chambers's sentencing hearing, currently scheduled for Tuesday, October 13, 2015. I have been in contact with Assistant United States Attorneys Amy Lester and Negar Tekeei, who have informed me that the government does not object to this request.

  The adjournment of the sentencing is requested because I am currently preparing for three other sentencing hearings scheduled in mid-October and early November, in *United States v. Jose Rodriguez*, Docket No. 15 Cr. 002 (CM), *United States v. Bogdan Starzecki*, Docket No. 08 Cr. 707 (NLG), and *United States v. Karen Alameddene*, Docket No. 14 Cr. 808 (GHW), two of which have already been previously adjourned. In addition, I must travel to California twice in the next two weeks, to meet with a client located in San Francisco, California, and then, again, for meetings with another client and co-counsel located in Fresno and San Diego, California, to discuss a Brief on Appeal in the United States Court of Appeals for the Ninth Circuit in *United States v. Moalin*, Docket No. 13-50572, which is due at the end of October.

  Accordingly, for the reasons set forth above, it is respectfully requested that Mr. Chambers's sentencing be adjourned for one month. As noted above, the government does not object to this request.

            Respectfully submitted,

            Joshua L. Dratel

JLD/wgs

cc:  Negar Tekeei
   Amy Lester
   Assistant United States Attorney