```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :
   UNITED STATES OF AMERICA,                 :
                          Plaintiff,         :
                                             :     12 Cr. 853-01 (LGS)
                -against-                    :     13 Cr. 345-03 (LGS)
                                             :
   ANTOINR CHAMBERS,                         :         ORDER
                          Defendant,         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2015

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing in this matter, previously scheduled for December 21, 2015 at 4:30 p.m., shall be adjourned to December 21, 2015 at 2:30 p.m., due to a conflict in the Court's schedule.

Dated: December 15, 2015
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**