# EXHIBIT 8

Dear Sir/Madam,

I am contacting you about Antione Chambers. I am reaching out to you because Antione has not only been a long-time friend of my family, but he is also an extraordinary man.

Our family met Antione many years ago when my daughter introduced him to the family. He has been nothing but honest, sincere, and sweet with us from day one, and I have always felt safer knowing Antione was around my daughter and my granddaughter in there new born son at the time. We have always depended on him any time we needed help with anything, and he would do anything for anyone. However, the most important thing in Antione's life is undoubtedly his 2 year old son, Dante' and soon to be step daughter Laniya. He would do anything for his son and soon to be step daughter, and I know he will be a great influence their life. Without Antione around to help take care of both children, I worry that Dante' will not have a proper male upbringing.

I hope you consider this information in regards to Antione sentence. Whatever the outcome of the sentencing, I want it to be known that Antione is a good person and a loving father. Thank you for taking the time to hear my thoughts on this matter.

Sincerely,


Patricia Dunbar