# EXHIBIT 9

Dear Judge,

Antione Chambers is a loving father that loves to be with his family. He has two children who loves him very much and miss him as well. Antione has been there for the most important moments such as being sad, emotional break downs, happy moments, and a lot more.

Antione Chambers is a very smart man he has taught me a lot of things in life. He taught me to be strong and he is also the person I go to when I need help with my homework. He has taught me to be confident at what I do. I Love Antione Chambers so much and it is so sad that he is not with us anymore.

Sincerely,


Laniya Savage