UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| | 13 Cr. 345 (LGS) |
| UNITED STATES OF AMERICA      : | |
| | **NOTICE OF MOTION FOR AN** |
| - against -                    : | **ORDER RECOMMENDING LOCAL** |
| | **CONFINEMENT, PURSUANT TO** |
| : | **RULE 38(b)(2), FED.R.CRIM.P.,** |
| ANTOINE CHAMBERS,              | **PENDING MR. CHAMBERS'S** |
| : | **DIRECT APPEAL** |
| Defendant. | |

-------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, ANTOINE CHAMBERS, will move before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 38(b)(2), Fed.R.Crim.P., recommending that Mr. Chambers be confined locally at either the Metropolitan Correctional Center or the Metropolitan Detention Center in New York City pending his direct appeal; and, for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
            December 29, 2015

                          /s/ Joshua L. Dratel
                          JOSHUA L. DRATEL
                          JOSHUA L. DRATEL, P.C.
                          29 Broadway, Suite 1412
                          New York, New York 10006
                          (212) 732-0707

                          *Attorneys for Defendant Antione Chambers*

To:   CLERK OF THE COURT

        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK