```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

       - against -

ANTOINE CHAMBERS,

                       Defendant.
-------------------------------------------------------X

13 Cr. 345 (LGS)

**NOTICE OF MOTION FOR AN ORDER RECOMMENDING LOCAL CONFINEMENT, PURSUANT TO RULE 38(b)(2), FED.R.CRIM.P., PENDING MR. CHAMBERS'S DIRECT APPEAL**

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, ANTOINE CHAMBERS, will move before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 38(b)(2), Fed.R.Crim.P., recommending that Mr. Chambers be confined locally at either the Metropolitan Correctional Center or the Metropolitan Detention Center in New York City pending his direct appeal; and, for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
            December 29, 2015

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 250.

Dated: January 4, 2016
New York, New York

     /s/ Joshua L. Dratel
JOSHUA L. DRATEL
JOSHUA L. DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707

*Attorneys for Defendant Antione Chambers*

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**