```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA                                     :
                              Plaintiff,                     :
                                                             :
            -against-                                        :
                                                             :
ANTOINE CHAMBERS,                                            :
                              Defendant,                     :
------------------------------------------------------------ X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 01/04/2016 | |

13 Cr. 345-03 (LGS)

ORDER AMENDING
PRESENTENCE
INVESTIGATION REPORT

LORNA G. SCHOFIELD, District Judge:

As discussed at the sentencing of Defendant Antoine Chambers on December 21, 2015, it is hereby **ORDERED** that the Presentence Investigation Report dated October 1, 2015, is amended as follows:

1) Paragraph 19 shall be amended to remove "He had attempted to flee upon learning that he was wanted."

2) Paragraph 23 shall be amended to remove "brandished a firearm" and "attempted to flee upon learning he was wanted and."

3) Paragraph 25 shall be amended to remove "As noted, Chambers attempted to flee upon learning that he was wanted; however, this conduct does not rise to the level of obstruction."

4) Paragraph 27 shall be amended to reflect the 2015 Guidelines Manual.

5) Paragraph 29 shall be amended to remove "by the defendant."

6) Paragraph 30 shall be amended to reflect a two-level increase under §2B3.1(b)(3)(A), instead of a three-level increase under the referenced section.

7) Paragraph 32 shall be amended to reflect a loss amount of $900 instead of $800.

8) Paragraph 36 shall be amended to reflect an Adjusted Offense Level (Subtotal) of **31**.

9) Paragraph 38 shall be amended to remove "by the defendant," and the reference to "§2B3.1(b)(2)(C)" shall be changed to "§2B3.1(b)(4)."

10) Paragraph 45 shall be amended to reflect the following:

**Multiple Count Adjustment:**

| Group # | Adjusted Offense Level | Units |
|---|---|---|
| 1 | 31 | 1.0 |
| 2 | 30 | 1.0 |
| Total Number of Units: | | 2.0 |

11) Paragraph 46 shall be amended to state: "Greater of the Adjusted Offense Levels Above: **31**."

12) Paragraph 48 shall be amended to reflect a Combined Adjusted Offense Level of **33**.

13) Paragraph 67 shall be amended to add the following before the last sentence: Following his release from juvenile detention, Chambers moved back in with his parents – who were both sober by the late 1900's – for a brief period until he and his siblings were kicked out of the home by his parents. Mr. Chambers has been on his own since he was 16 years old.

14) Paragraph 68 shall be amended to add the following at the end of the paragraph: "Chambers' uncle, who resided with his grandmother, also physically abused him and his brother Reuben. Reuben Jr. indicated to defense counsel that he would be willing to discuss the specifics of their abusive childhood with probation."

15) Paragraph 96 shall be amended to reflect a purchase price of $4,500 instead of $45,000.

16) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: January 4, 2016
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**