Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 13 2016

Caption:

United States v.

Antoine Chambers

Docket No.: 13 Cr. 345
Hon. Lorna G. Schofield
(District Court Judge)

Notice is hereby given that Antione Chambers appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on December 21, 2015.
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   | trial | ✓   | N/A |

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: _____   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel |
| Counsel's Address: | Joshua L. Dratel, PC |
| | 29 Broadway Suite 1412 New York New York 10006 |
| Counsel's Phone: | (212) 732 - 0707 |
| Assistant U.S. Attorney: | Amy Lester; Negar Tekeei |
| AUSA's Address: | United States Attorneys Office, SDNY |
| | One St. Andrews Plaza, New York New York 10007 |
| AUSA's Phone: | (212) 637 - 2527; (212) 637 - 2482 |

Signature