## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Antione Chambers

**DOCKET NUMBER:** 13 Cr. 345 (LGS)

**COUNSEL'S NAME:** Joshua L. Dratel

**COUNSEL'S ADDRESS:** Joshua L. Dratel PC
29 Broadway Suite 1412, New York, NY 10006

**COUNSEL'S PHONE:** (212) 732 - 0707

### QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Status Conferences: Feb. 11, 2014; April 18, 2014; Aug. 21, 2014; Sept. 22, 2014
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: Dec. 21, 2015: Sentencing and VOSR Hearing
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Joshua L. Dratel (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

_(Counsel's Signature)_   1/6/2016
                         Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature   Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.