**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2016
```

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

June 17, 2016

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Antione Chambers,*
S1 13 Cr. 345 (LGS)

Application Granted. The Clerk of the Court is respectfully directed to unseal docket number 235 and make it an accessible part of the docket sheet. The docket text shall read, "Court Exhibit No. 6 - Juror Note."

Dated: June 21, 2016
New York, New York

SO ORDERED:

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

This letter is in regard to defendant Antione Chambers, whom I represent in the above-entitled case. In preparing Mr. Chambers's appeal to the Second Circuit, I realized that a note from the jury from October 7, 2014 (Court Exhibit 6) was never published or made part of the public record in the case (and the note was not disclosed in its entirety to counsel, but merely read in part by the Court). As the full content of the note no longer has the capacity to affect deliberations, it is respectfully requested that the Court supplement the record by posting that jury note on ECF.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/

cc:   Amy Lester
      Negar Tekeei
      Assistant United States Attorney