

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2016
```

June 27, 2016

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Antione Chambers, S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

      The Government respectfully writes in response to the defendant's June 17, 2016 request to unseal Court Exhibit 6.  The Government respectfully requests the opportunity to respond to the defendant's request by Thursday, June 30, 2016 in order to consult with members of its Appeals unit.  We have corresponded with defense counsel, Joshua Dratel, Esq., who has no objection to this request.

                  Respectfully submitted,

                  PREET BHARARA
                  United States Attorney

      by: /s/ Negar Tekeei
           Negar Tekeei
           Assistant United States Attorney
           (212) 637-2482

cc:    Joshua Dratel, Esq. (by ECF)

**APPLICATION GRANTED**    June 27, 2016

*/s/ Lorna G. Schofield*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE