

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2016

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Antione Chambers, S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

    The Government respectfully writes in response to the defendant's June 17, 2016 request to unseal Court Exhibit 6.  The Government has no objection to the defendant's request.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

        by: /s/ Negar Tekeei
                Negar Tekeei
                Assistant United States Attorney
                (212) 637-2482

cc:    Joshua Dratel, Esq. (by ECF)