UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
ANTOINE CHAMBERS, :
 :
                             Petitioner, : 13 Crim. 345 (LGS)
 :
               -against- : ORDER TO ANSWER
 :
UNITED STATES OF AMERICA, :
 :
                         Respondent. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court, having concluded that the motion brought under 28 U.S.C. s 2255 should not be summarily dismissed as being without merit, hereby **ORDERS** that:

       The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

       By **May 12, 2020**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall, by **May 19, 2020**, file a response. Absent further order, the motion will be considered fully submitted as of that date.

Dated: March 23, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**