

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Application Granted.  The Government shall file its response by June 2, 2020.  Defendant Chambers shall filed his reply by June 23, 2020.  No further extensions will be granted absent extraordinary circumstances.  The Clerk of the Court is directed to terminate the letter motion at docket number 273.
>
> Dated: May 8, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Antione Chambers, S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

The Government respectfully writes to request an extension of its May 12, 2020 deadline to respond to defendant Antione Chambers' Petition Pursuant to 28 U.S.C. § 2255 to Vacate his Conviction and Sentence. The Government respectfully requests an extension to June 2, 2020 to file its opposition. We have conferred with defense counsel, Joshua Dratel, Esq., who consents to the Government's request. If the Court grants the Government's request for an extension to June 2, 2020, Mr. Dratel requests a reply deadline of June 23, 2020, and the Government has no objection to his request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Negar Tekeei
Negar Tekeei
Assistant United States Attorney
(212) 637-2482

cc:   Joshua Dratel, Esq. (by ECF)