UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTIONE CHAMBERS,

                     Petitioner,

        -against-

UNITED STATES OF AMERICA,

                     Respondent.
-------------------------------------------------------------X

20 Civ. 1457 (LGS)
13 Crim. 345 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 9, 2021, Petitioner filed a letter seeking a sixty-day extension on the deadline to "file either an application for a Certificate of Appealability and/or any motions pursuant to Rules 59 & 60, or any other forms of relief." Crim. Dkt. 290.

      WHEREAS, the Opinion and Order issued on November 17, 2021, denying the Petition found that "Petitioner has not made a substantial showing of the denial of a constitutional right" and ruled that "a certificate of appealability will not issue." Civ. Dkt. 6 at 13. It is hereby

      **ORDERED** that Petitioner's request for an extension to file a Certificate of Appealability is denied. It is further

      **ORDERED** the any other motions seeking relief including motions pursuant to Rules 59 and 60 must be filed by February 7, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

Dated: January 5, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE