UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA        :
                        Plaintiff,    :

                            :              13 Cr. 345-3 (LGS)
               -against-        :

                            :                  __ORDER__

ANTIONE CHAMBERS,          :
                       Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court is in receipt of the attached communications regarding Defendant

Antione Chambers' motion for a reduction in sentence.

Dated:  March 22, 2023
         New York, New York

                                        **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**

Tyshawn Chambers
97 Plantation Drive
Felton, DE 19943

Honorable Judge
Lorna G. Schofield
500 Pearl Street
RM 120
NY, NY 10007




For Antione

My name is Tyshawn Chambers, the brother of Antione Chambers. I am writing this letter in the hopes of you, Honorable Judge Lorna Schofield, will see the changes that my brother has made in order to not only do better for himself, but for his family as well. I would like to start off by saying that my brother Antione may be a flawed man, however he is far from broken. His flaws now stand no different than any other man or woman who exist outside of those prison walls. The Antione Chambers from 10 years ago would not recognize the Antione Chambers that he is today. This is a true testament of how much he has changed and grown as a man, father, and overall being. I'm 100 percent certain that given a chance to prove himself outside of his current environment that he would exceed all expectations and thrive as any other person in society given the resources that he needs. Not only that, his children deserve to have their father in their life. They have been missing a key element in their lives in which only a father can provide. They love and miss him and he is needed now more than ever to fill that void. I love my brother and if I could help in anyway to make sure that he is supported I will do so. Not only me, but the entire Chambers family will do so as well. However it all starts with you giving him this opportunity. We love and miss him very much and we are PROUD of the man he has become. All it takes is for you, Honorable Judge Lorna Schofield, to see what we see.

R. Chambers
2140 Seward Ave 10 C
Bx, N.Y. 10473

NEW YORK NY 100
14 MAR 2023 PM 6 L

Honorable Judge
Lorna G. Schofield
500 Pearl Street
RM. 120
N.Y., NY. 10007

10007-131699



USMP1
FOREVER USA

2/28/23

To the Honorable Judge
Lorne F. Schofield,

I, Reuben Chambers,
father of Antione Chambers, #13576067
am writing this letter to you in support
of and in hopes that my son can recieve a
reduced sentence with possibly an early
release.

After various conversations with
him, he appears and knows the error
of his ways. He also realizes how
important it is for him to be a hands
on father to his own 2 sons and
become a positive image for them,
guiding them in the right directions
in life. Antione has 2 sons. As stated
earlier, one who knows him well and the
other who's been looking for an opportunity
to spend some time and receive the love
of his father. Antione also has many
nephews and a few neices who remember
and miss him as well.

Your Honor, on top of the important
role that Antione is in our family, his
Mother and I aren't getting any younger

and my wife's health isn't getting any better.
I fear that antione may not get the
opportunity to see his mother alive before
he's released. My wife suffers with
heart failure and needs a heart
replacement.

    If and when he's released,
there are various online applications
to help him with employment that he
can take advantage of, such as
"Thumbtack". finding employment
shouldn't be an issue which would
also keep him in the right direction
of being a productive member of
society. I thank you for your time
and consideration and may your
blessing be many.

        Sincerely,
Reuben Chambers

M. Bowler-Chambers
1888 Arthur Ave # 2/3
Bronx, NY 10456

NEW YORK NY 100
17 MAR 2023 PM 6 L

Honorable Judge
Lorna G. Schofield
500 Pearl Street
RM 120
N.Y., N.Y. 10007

1000731659



FOREVER     USA



Hello, Judge Lorna Schofield,
I'm writing you on behalf of
my brother Antione Chambers.
your Honor, my name is Malik
Bowler Chambers & I'm antione's
youngest brother. I know
with his case you might
have so many regards against
giving him a second chance.
But I can assure you, ne is
a changed man, ready &
rehabilitated to contribute
to society In a positive
manner. I'm 30 years old
& I can honestly say, If it
weren't for my Brother antione's
steady guidance & positivity in my
Life... I mightve done some
really dumb stuff when I was
at My lowest growing up.
He continues to be a main positive
guide in my Life consistently.
Through our constant contact
Throughout the years, I have Witnessed



his growth & change.
He is far from the man
he was when he made
those mistakes/
bad decisions in the past!
I'm also a father to
2 girls, & x 2 yrs old....
I became a father at 21
& when I say Antione
played a major role in
helping me become the outstanding
father I am today....
Judge that would be an
understatement. I know He
would be a great father to
both his sons. Those boys
deserve it & so does he.
please give my brother
one more chance, you won't
regret it your honor!
                    — Malik Bowler-Chambers



RDC 99

Marcus Robertson
Name:
Number: 79006-054
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

U.S. POSTAGE PAID
FCM, LG ENV
BUTNER, NC
27509
MAR 02, 23
AMOUNT
$0.00
R2309Y155299-09

U.S. District Judge
Lorna G. Schofield
500 Pearl St   Room 120
New York, N.Y.
10007

CERTIFIED MAIL

FOREVER / USA

2/27/2023

I am writing this letter supporting the release of Antwon Chambers. I am currently serving an 84 month sentence at FCI Butner 2. I met Antwon here about a year ago & he's been a big part of my growth since then. I've been incarcerated since young age and have a lot of fear about going home a grown man having to take care of myself in society. For a long time I've been following the wrong path. Antwon helped steer me in a different, more positive direction. He introduced me to the power of prayer and helped me learn the bible and get closer to god. With his positive influence on my life I am sure I will go home and make something better of myself. Mr. Chambers has encouraged me to go home & further my education upon my release. He also tells me to stay active in my church and my community. There aren't many people I have met that are as selfless & good hearted as he is. If there is anyone out there that deserves a second chance at life & freedom I would definitely say that person is him. On my worst days it seems Antwon is always there with words of advice/prayer, or scriptures that keep me motivated and moving forward. I will soon be released but will keep my brother in Christ, in my prayers until he is free. He's introduced me to this new walk of faith and helped change my life. I'm sure there's much more good he can do for many more people out there. Society needs more people like Antwon Chambers. He always tells me that faith without works is nothing and he is walking testament of that. Please give him another chance. Thank you & God Bless you.

Marcus Rodriguez

79026-054



Gueith Vaughn 25707-052

Name:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Number:

7020 2450 0000 8560 0001

CERTIFIED MAIL

United State district Judge
Lorna G Schofield
500 Pearl St Room 1320
NY NY 10007

U.S. POSTAGE PAID
FCM LETTER
BUTNER, NC
27509
MAR 06, 23
AMOUNT
$0.00

I would like to state that before I begin I have never been ashed to write a character refrence for anyone, let alone truley considerd it with any reason to believe that the person in whom I am going to bet for would be worth the effort. As I have come to know Mr. Chambers though over the past 15 months of My incarceration, he has helped me to believe that some people can truley better themselves and become reformed, productive members of society. I met Mr. Chambers in the education Department here at Butner FCI close to one year and a half ago while I was pursuing a safe serve class he approached me and seen that I was frustrated about failing the class and told me he will help me prepare to take the next test and that he did and I past the test with flying colors. As we began to get to know each other, I've spent a considerble time with Mr. chambers as I've watched him pursue not only his pluming certification as well he explored his general interests in business and finace he has pursued his education Development with such tenacity and fervor that it truley makes me believe that not only will he be able to secure and maintain gainful employment upon his release, I believe it could prosper into a full time career he is an extremely respectful and intelligent individual and I was able to glean these traits as we spoke each day and become knowledgeable of each others Interests and Long term goals. During his pursuit of educational programming here at butner FCI I am delighted to say that it has been a hopeful experience for me to watch as he transitioned from convicted felon to inspiring prospect I hope for him the best and brightest future upon his release, and hope that My Judgement of his low Risk

of recidivism and commuity placement go above and
beyond to exceed My expectations as he finalizes his
transition back into society.




Thanks for your time, it's greatly appreciated

Respectfully



Dualah Vaughn

Vincentre Chambers
1590 Story Ave. Apt 9H
Bronx, NY 10-473

USM
ENC
USM
ENC

1:0007-131655

The Honorable Judge Lorna G. Schofield
500 Pearl Street Rm 18D
NY, NY. 10007

NEW YORK NY 100
2 MAR 2023

2/22/23

Dear Honorable Judge Lorna Schofield,

        I, Tenasha Chambers, am writing this letter on behalf of my brother Antione Chambers with hopes that you will read this with a warm heart, open mind and enough compassion to really understand how much Antione's children, myself and the rest of our family truly miss him and need him home. Despite the trouble Antione has gotten into in the past, he has always been a very positive influence on all of the children in our family as well as other children who were around him. Antione had a rough beginning growing up however, our parents worked really hard to raise us to be good upstanding citizens so, he does come from a good home and family. Somewhere along the way my brother took a left turn down the wrong road however, after speaking to him throughout the past few years, I truly believe that Antione has learned his lessons and wants to come home to do the right thing. His sons are really missing their father and are missing out on the life lessons only their father can give them. They are lacking the love that a child needs from their father.

→

2/28/23

Honorable Judge Lorna Schofield, I pray you'll find it in your heart to give my brother, Antione Chambers the opportunity for another chance to better his future and to also give his children a chance at a better future. On behalf of myself and the entire Chambers family we thank you for allowing us to express how much my brother is needed in this family and for you even taking the time out of your busy schedule to read these letters and take our feelings into consideration

Sincerely
Jenasha Chambers

USM-P3
SDNY

NEW YORK NY 100
6 MAR 2023   PM 10 L

10007-131608

District Judge Lorna G. Schofield
500 Pearl Street
Room 120
New York, NY 10007



**NYC Department of Education**

DAVID C. BANKS, *Chancellor*

**DR. JOSEPHINE YEBOAH VAN-ESS**, SUPERINTENDENT OF QUEENS SOUTH HIGH SCHOOLS
District 27, District 28 & District 29 High Schools and Secondary Schools
82-01 Rockaway Boulevard, Ozone Park, NY 11416

**Updated- March 1, 2023**

**Honorable Lorna G. Schofield**
**Antione Chambers**
**13576067**
**FCI Butner 2**
**PO Box 1500**
**Buner, NC 27509**

My name is Dr. James C. Brown and I am an Administrative Educational Officer working for the New York City Department of Education Queens in South High School Superintendent's Office as the Special Assistant to the Superintendent.  My cousin, Antione Chambers, shared a letter with his family that will touch the minds and hearts of many principals and teachers who are deciding whether they should transform their curriculum and practices to include youth culture and other culturally relevant and sustaining topics, skills and learning styles.

Antione, through my cousin Kyle Allman , has given me permission to continue  to use the letter in my new role, coaching school leaders of persistently under-performing schools. During these coaching sessions, when discussing cultural relevance and whether it should be a priority, I have read the letter as a voice of students who have been repeatedly suspended or chronically absent from school.

The letter was used during a March 2021 District Equity Team meeting and again during a meeting with principals of 29 high schools with the idea that many students may find their voice and purpose in school which was not my cousin Antione's experience.

If you need any other information, please feel free to contact me at jbrown78@schools.nyc.gov or 917-763-4095.

Best regards

Dr. James C. Brown
Special Assistant to the Superintendent
Queens South High Schools



**Department of
Education**

DAVID C. BANKS, *Chancellor*

**DR.JOSEPHINE YEBOAH VAN-ESS,** SUPERINTENDENT OF QUEENS SOUTH HIGH SCHOOLS
District 27, District 28 & District 29 High Schools and Secondary Schools
82-01 Rockaway Boulevard, Ozone Park, NY 11416

**Updated- March 1, 2023**
**Updated- February 6, 2023**

January 30, 2021

Office of the Warden
Re: Antione Chambers 13576-076
PO BOX 52020
FCI Bennettsville
Bennettsville, SC 29512-5220

Dear Warden

My name is Dr. James C. Brown and I am an Administrative Educational Officer working for the New York City Department of Education Queens in South High School Superintendent's Office as the Special Assistant to the Superintendent.  My cousin, Antione Chambers, shared a letter with his family that will touch the minds and hearts of many principals and teachers who are deciding whether they should transform their curriculum and practices to include youth culture and other culturally relevant and sustaining topics, skills and learning styles.

Antione, through my cousin Kyle Allman , has given me permission to continue  to use the letter in my new role, coaching school leaders of persistently under-performing schools. During these coaching sessions, when discussing cultural relevance and whether it should be a priority, I have read the letter as a voice of students who have been repeatedly suspended or chronically absent from school.

The letter was used during a March 2021 District Equity Team meeting and again during a meeting with principals of 29 high schools with the idea that many students may find their voice and purpose in school which was not my cousin Antione's experience.

If you need any other information, please feel free to contact me at jbrown78@schools.nyc.gov or 917-763-4095.

Best regards

Dr. James C. Brown
Special Assistant to the Superintendent
Queens South High Schools

RDC 99





10007

Name: Julian Lloyd 13363003-6
Federal Correctional Institution 2
Number:
P.O. Box 1500
Butner, NC 27509

U.S. POSTAGE PAID
FCM LETTER
BUTNER, NC
27509
MAR 02, 23
AMOUNT
$0.00
R2309715S299-09

U.S District Judge
Lorna G Schofield
600 Pearl St. Room 120
New York, NY 10007





CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 2450 0000 8559 9947

To whom it may concern,

My name is Julian Lloyd im 28 years old. Through life I've had many downfalls. Being that im the only man of my family, I never had a older male figure in my life to look up to and respect. Antione has taught me many different obsticals to use in order to stay out of harms way. He pushed me and studied with me to obtain my GED. After 3 months I was officially a graduate. If feel as if god put us here in the same prison for a reason. When I was free I tried so many times to get my GED just to show my family I did something with my life. Now I feel stronger physically and mentally and ready for my next chapter in life. You honor I would ask can you please give him a second chance at life on the outside. I'm sure if he changed my life he will continue to do so.