

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 297.

Dated: April 17, 2023
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   United States v. Antione Chambers, S2 13 Cr. 345 (LGS)

Dear Judge Schofield:

The Government respectfully writes to request a one-week extension of its deadline to respond to defendant Antione Chambers' second *pro se* motion seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 295).  The Government's current deadline is April 14, 2023, and the Government respectfully seeks an extension until April 21, 2023.  This is the Government's first request for an extension of this deadline.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Negar Tekeei
    Negar Tekeei
    Assistant United States Attorney
    (212) 637-2482

cc:   Antione Chambers (by Certified Mail)