

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application **GRANTED**.  The Government shall file its
response to Defendant's motion by **April 24, 2023**.
So Ordered.

Dated: April 21, 2023
    New York, New York

Re:   United States v. Antione Chambers, S2 13 Cr. 345 (LGS)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government respectfully writes to request a three-day extension of its deadline to respond to defendant Antione Chambers' second *pro se* motion seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 294).  The Government's current deadline is April 21, 2023, and the Government respectfully seeks an extension until April 24, 2023.  With apologies for this second request for an extension, the undersigned is awaiting confirmation from the Bureau of Prisons ("BOP") as to whether the defendant did, in fact, make a request for compassionate release to the Warden of FCI Butner Medium II, as set forth in his motion.  *See* Dkt. 294 at Exhibits A and B.  Exhibit A to the defendant's motion is a request from the defendant to the Warden dated January 31, 2023, but Exhibit B to the defendant's motion is a response from the Warden that is dated November 29, 2022, which pre-dates Exhibit A.  Meanwhile, counsel for the BOP has conveyed that it has been unable to locate any record of a request for compassionate release from the defendant.  The Government regrets not having identified this issue earlier, and respectfully requests a modest extension of its deadline to respond in order to obtain clarity on this issue.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Negar Tekeei
    Negar Tekeei
    Assistant United States Attorney
    (212) 637-2482

cc:   Antione Chambers (by Certified Mail)